UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
RICHLAND DIVISION

| | | |
|---|---|---|
| Jodi Pacicca, | ) | |
| | ) | Civil Action No.: 3:21-cv-03136-JMC |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **SECOND AMENDED CONFERENCE** |
| | ) | **AND SCHEDULING ORDER** |
| Darius Jackson and Love's Travel Stops & Country Stores, Inc., | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the following schedule is established for this case.

1. Plaintiff(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Plaintiff(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to other parties by **July 11, 2022** (Fed. R. Civ. P. 26(a)(2)).[1]

2. Defendant(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Defendant(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to other parties by **August 10, 2022** (Fed. R. Civ. P. 26(a)(2)).

3. Counsel shall file and serve affidavits of records custodian witnesses proposed to be presented by affidavit at trial no later than **August 10, 2022**. Objections to such affidavits must be made within fourteen (14) days after the service of the disclosure. (See Fed. R. Evid. 803(6), 902(11), or 902(12) and Local Civil Rule 16.02(D)(3)).

4. Discovery shall be completed no later than **September 12, 2022**. Discovery shall be deemed completed within this time only if discovery is initiated at such time as to afford

---

[1] Concurrent with the identification of each expert and subject matter, each party shall serve (but not file): 1) a complete copy of the most current curriculum vitae of each expert or a detailed summary of his qualifications to testify on each identified subject; 2) (a) a complete statement of all opinions to be expressed by each expert and the basis and reasons therefor; (b) the data and other information considered by the expert in forming the opinions, (c) any exhibits to be used as a summary of or support of the opinions, and (d) citations of any treatise, text or other authority upon which each expert relied; and 3) a copy of each expert's report if a report has been prepared.

      the responding party the full time provided under the applicable rule of the Federal Rules of Civil Procedure in which to respond prior to the discovery completion date noted in this paragraph.

      **(The parties may, with the consent of all counsel, conduct discovery up to the time of trial, provided the deadlines in this order are not affected.)**

5. All other motions, except (a) those relating to the admissibility of evidence at trial and (b) those to compel discovery, shall be filed no later than **September 26, 2022** (Fed. R. Civ. P. 16(b)(2)). *See* below ¶ 8 for motions in limine deadline.

6. No later than **October 24, 2022**, the parties shall file and exchange Fed. R. Civ. P. 26(a)(3) pretrial disclosures. Within fourteen (14) days thereafter, a party shall file and exchange Fed. R. Civ. P. 26(a)(3) objections, any objections to use of a deposition designated by another party and any deposition counter-designations under Fed. R. Civ. P. 32(a)(6).

7. Mediation shall be completed in this case on or before **September 19, 2022**. See Judge Childs' Standing Mediation Order which sets forth mediation requirements.

8. Motions in limine due two weeks prior to trial.

9. Parties shall furnish the Court pretrial briefs seven (7) days prior to the date set for trial. Attorneys shall meet at least seven (7) days prior to the date set for submission of pretrial briefs for the purpose of exchanging and marking all exhibits. See Local Civil Rule 26.07.

10. The case is subject to being called for jury selection and trial on or after **November 23, 2022.**

      A request for a continuance of the trial date must be agreed to and signed by the party and his attorney requesting and/or consenting to the continuance.

      **The court directs the parties' attention to Local Rule 7.00 which governs motion practice. Hearings on motions are not automatic. The court may decide motions without a hearing. If a party opposes a motion which has filed, that party must file a response to the opposed motion within fourteen (14) days of the date the motion was filed. If no such response in opposition is filed, the court will assume that the party consents to the court's granting the motion.**

<u>**NOTICE: You are expected to be available for trial of this case during the month of November 2022 unless the court notifies you of a later date. If you presently have a conflict during the month of November, notify the court in writing within seven (7) days of the date of this order. You will not be excused without leave of court.**</u>

                                            <u>s/J. Michelle Childs</u>  
                                            J. Michelle Childs  
                                            United States District Judge

Dated:  5/16/2022  
Columbia, South Carolina

| CAVANAUGH & THICKENS, LLC | COLLINS & LACY, P.C. |
|---|---|
| *s/ Stephen F. Kryzston* | *s/Kelsey J. Brudvig* |
| STEPHEN F. KRYZSTON | KELSEY J. BRUDVIG |
| Federal Bar #: 13027 | Federal Bar #: 12329 |
| Steve@ctlawsc.com | kbrudvig@collinsandlacy.com |
| JOSEPH O. THICKENS | CLAUDE T. PREVOST, III |
| Federal Bar #: 11732 | Federal Bar #: 10438 |
| Joe@ctlawsc.com | cprevost@collinsandlacy.com |
| Post Office Box 2409 | Post Office Box 12487 |
| Columbia, SC 29202 | Columbia, SC 29211 |
| 803.888.2200 (voice) | 803.256.2660 (voice) |
| 803.888.2219 (fax) | 803.771.4484 (fax) |
| ***Attorneys for Plaintiff*** | ***Attorneys for Defendants*** |

May 16, 2022